## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED<br>CREDITOR'S LIQUIDATING TRUST,<br>through PERRY MANDARINO, not<br>personally, but as Trustee,<br><br>                Plaintiff,<br><br>    v.<br><br>DCR TRANSPORT SERVICES, LTD.,<br><br>                Defendant. | Civil Action No. 04-CV-0720 (KAJ) |

## NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

Dated:  April 20, 2006                  THE BAYARD FIRM

                                        _____
                                        Neil B. Glassman (No. 2087)
                                        Ashley B. Stitzer (No. 3891)
                                        Mary E. Augustine (No. 4477)
                                        222 Delaware Avenue, Suite 900
                                        P. O. Box 25130
                                        Wilmington, DE  19899
                                        Telephone:    (302) 655-5000

                                              - and -

                                        LOWENSTEIN SANDLER PC
                                        Paul Kizel, Esquire
                                        65 Livingston Avenue
                                        Roseland, NJ 07068
                                        Telephone (973) 597-2500

                                        Co-Counsel for Perry Mandarino, not Personally,
                                        but as Trustee for the NationsRent Unsecured
                                        Creditor's Liquidating Trust