## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 20th day of April, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Nevada Tire Center, Inc.*
*DCR Transport Services Ltd.*
1151 Airport Road, Suite 2
Minden, NV 89423


                                                                /s/ Mary E. Augustine
                                                          Mary E. Augustine (No. 4477)